**Order filed December 3, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00313-CR**
**NO. 14-20-00314-CR**
_____

**SAYANTAN GHOSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 17-CR-2032, 17-CR-2033**

## O R D E R

The district clerk is ordered to file a playable version of **State's Exhibits No. 4 and 5 and Defense Exhibit No. 1** as soon as practicable but no later than **Wednesday, December 15, 2021**.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.